# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY SCOTT DEPENBROCK,
Appellant,
vs.
ISIDRO BACA, WARDEN OF WARM
SPRINGS CORRECTIONAL CENTER,
Respondent.

No. 82086

FILED

JUN 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-16667

cc: Hon. Cristina D. Silva, District Judge
   Federal Public Defender/Las Vegas
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk